**Michael G. KESELICA, Plaintiff—
Appellant,**

v.

**M. Van EVANS, Warden, Washington
County Detention Center,
Defendant—Appellee.**

**No. 04–6168.**

United States Court of Appeals,
Fourth Circuit.

Submitted: March 25, 2004.

Decided: April 2, 2004.

Michael G. Keselica, Appellant pro se.

John Joseph Curran, Jr., Attorney General, Baltimore, Maryland, for Appellee.

Before TRAXLER, KING, and DUNCAN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael G. Keselica seeks to appeal the district court's order dismissing his petition under 28 U.S.C. § 2241 (2000). We have independently reviewed the record and conclude that Keselica has not made a substantial showing of the denial of a constitutional right. *See Miller–El v. Cockrell*, 537 U.S. 322, 336, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003). Accordingly, we deny Keselica's motions to supplement the record and for a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*